UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re* ) | Case No. HT 04-12515 [-jrh] |
| ) | |
| SECOND CHANCE BODY ARMOR, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | (Jointly Administered) |
| ) | |
| ) | |
| THOMAS F. REILLY, as ATTORNEY GENERAL of ) | |
| the Commonwealth of Massachusetts, ) | |
| ) | |
| Plaintiff, ) | |
| ) | (Removed from the Suffolk Superior |
| v. ) | Court; No. 03-5450) |
| ) | |
| SECOND CHANCE BODY ARMOR, INC., ) | C.A. No. _____ |
| TOYOBO AMERICA, INC. and TOYOBO CO. ) | |
| LTD., ) | |
| ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT TOYOBO CO. LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Toyobo Co. Ltd. hereby states that it has no corporate parents, and that no publicly held corporation owns 10% or more of the stock of Toyobo Co. Ltd.

TOYOBO CO. LTD. and TOYOBO
AMERICA, INC.

By their attorneys,

_____
Neil P. Motenko (BBO #358160)
Andrew J. McElaney, Jr. (BBO #33260)
Rebecca L. Shuffain (BBO #650715)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

- 2 -

OF COUNSEL:
Arvin Maskin
Peter A. Antonucci
John B. Strasburger
Joanne M. McLaren
WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

## CERTIFICATE OF SERVICE

I, Neil P. Motenko, hereby certify that on the 12th day of November, 2004, I caused a true and accurate copy of the within Disclosure Statement to be served by hand on each other party of record in the Removed Action.

_____
Neil P. Motenko

1378497.2