UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re*<br><br>SECOND CHANCE BODY ARMOR, INC.,<br><br>    Debtor.<br><br>THOMAS F. REILLY, as ATTORNEY GENERAL of the Commonwealth of Massachusetts,<br><br>    Plaintiff,<br><br>v.<br><br>SECOND CHANCE BODY ARMOR, INC., TOYOBO AMERICA, INC. and TOYOBO CO LTD.,<br><br>    Defendant. | Case No. HT 04-12515 [-jrh]<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>(Removed from the Suffolk Superior Court; No. 03-5450)<br><br>C.A. No. _____ |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT TOYOBO AMERICA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Toyobo America, Inc. hereby states that it is a wholly-owned subsidiary of Toyobo Co. Ltd.

        TOYOBO CO. LTD. and TOYOBO
        AMERICA, INC.

        By their attorneys,

        */s/ Neil P. Motenko*
        Neil P. Motenko (BBO #358160)
        Andrew J. McElaney, Jr. (BBO #33260)
        Rebecca L. Shuffain (BBO #650715)
        NUTTER MCCLENNEN & FISH LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 439-2000

- 2 -

OF COUNSEL:
Arvin Maskin
Peter A. Antonucci
John B. Strasburger
Joanne M. McLaren
WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

## CERTIFICATE OF SERVICE

I, Neil P. Motenko, hereby certify that on the 12th day of November, 2004, I caused a true and accurate copy of the within Disclosure Statement to be served by hand on each other party of record in the Removed Action.

_____
Neil P. Motenko

1378495.2