UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re* | Case No. HT 04-12515 [-jrh] |
| SECOND CHANCE BODY ARMOR, INC., | Chapter 11 |
| Debtor. | (Jointly Administered) |
| THOMAS F. REILLY, as ATTORNEY GENERAL of the Commonwealth of Massachusetts, | |
| Plaintiff, | |
| v. | (Removed from the Suffolk Superior Court; No. 03-5450) |
| SECOND CHANCE BODY ARMOR, INC., TOYOBO AMERICA, INC. and TOYOBO CO. LTD., | C.A. No. _____ |
| Defendant. | |

### DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) AND REQUEST FOR HEARING

Defendants Toyobo Co. Ltd. ("Toyobo Japan") and Toyobo America, Inc. ("Toyobo America") hereby move, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for the Western District of Michigan.

As grounds therefor, Toyobo Japan and Toyobo America submit the Memorandum of Law in Support of Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), filed herewith.

## REQUEST FOR ORAL ARGUMENT

The Toyobo defendants believe that oral argument will assist the Court in resolving the issues raised in this Motion to Transfer. For this reason, pursuant to Local Rule 7.1(D), defendants respectfully request oral argument on the motion.

Dated: November 12, 2004

TOYOBO CO. LTD. and TOYOBO AMERICA, INC.

By their attorneys,

_____
Neil P. Motenko (BBO #358160)
Andrew J. McElaney, Jr. (BBO #33260)
Rebecca L. Shuffain (BBO #650715)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

OF COUNSEL:
Arvin Maskin
Peter A. Antonucci
John B. Strasburger
Joanne M. McLaren
WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

## CERTIFICATE OF SERVICE

I, Neil P. Motenko, hereby certify that on the 12th day of November, 2004, I caused a true and accurate copy of the within motion to be served by hand on each other party of record in the Removed Action.

_____
Neil P. Motenko