UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re*<br><br>SECOND CHANCE BODY ARMOR, INC.,<br><br>Debtor. | Case No. HT 04-12515-[-jrh]<br><br>Chapter 11<br><br>(Jointly Administered) |
| THOMAS F. REILLY, as ATTORNEY GENERAL of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>SECOND CHANCE BODY ARMOR, INC., TOYOBO AMERICA, INC. and TOYOBO COMPANY, LTD.,<br><br>Defendant. | C.A. No. 04-12417 PBS |

## NOTICE OF FILING CERTIFIED
## COPIES OF STATE COURT PROCEEDINGS

Pursuant to Local Rule 81.1(a) and Federal Rule of Bankruptcy Procedure 9027(e)(2), defendants Toyobo America, Inc. and Toyobo Company, Ltd. hereby file certified copies of all records and proceedings and a certified copy of all docket entries in Suffolk Superior Court Civil Action No. 03-5450, which was removed to this Court on November 12, 2004.

Dated: December 2, 2004

        TOYOBO COMPANY, LTD. and TOYOBO AMERICA, INC.

        By their attorneys,

        _/s/ Neil P. Motenko_
        Neil P. Motenko (BBO #358160)
        Rebecca L. Shuffain (BBO #650715)
        NUTTER MCCLENNEN & FISH LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 439-2000

OF COUNSEL:
Arvin Maskin
Peter A. Antonucci
John B. Strasburger
Joanne M. McLaren
WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave.
New York, NY 10153
(212) 310-8000

## CERTIFICATE OF SERVICE

I, Neil P. Motenko, hereby certify that on the 2nd day of December, 2004, I caused a true and accurate copy of the within Notice to be served by hand or overnight or first-class mail on each other party of record in the Removed Action.

        _/s/ Neil P. Motenko_
        Neil P. Motenko

1380875.1