UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| *In re* | ) | Case No. HT 04-12515 [-jrh] |
| | ) | |
| SECOND CHANCE BODY ARMOR, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | |
| | ) | |
| THOMAS F. REILLY, as ATTORNEY GENERAL | ) | |
| of the Commonwealth of Massachusetts, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-12417 PBS |
| SECOND CHANCE BODY ARMOR, INC., | ) | |
| TOYOBO AMERICA, INC. and TOYOBO | ) | |
| COMPANY, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT MOTION TO ENLARGE TIME
## TO SUBMIT AUTOMATIC DISCLOSURE

Pursuant to Fed. R. Civ. P. 6(b), F.R.Civ.P. 26(a) and Local Rule 26.2(D), plaintiff,

Thomas F. Reilly, as Attorney General of the Commonwealth of Massachusetts (hereinafter the

"Commonwealth"), and defendants Toyobo America, Inc. ("Toyobo America") and Toyobo Co.,

Ltd. ("Toyobo"), hereby move that the time for the submission of automatic disclosures as and to

the extent required by F.R.Civ. P. 26(a) and Local Rule 26.2(D) be enlarged through and

including twenty (20) days after a ruling or rulings on Defendants' Motion to Transfer, and on

any objections or motions to be served by the Commonwealth relating to the Notice of Removal

herein.

This Motion does not constitute a general appearance by or on behalf of Toyobo America

or Toyobo. Toyobo America and Toyobo do not waive, and expressly reserve their right to

object or move as to lack of jurisdiction, improper or inadequate service, or any other substantive

or procedural defense or matter.

Dated: December 2, 2004

THOMAS F. REILLY, as ATTORNEY
GENERAL of the Commonwealth of
Massachusetts,
By its attorneys,

*Rosemary Connolly mpm*

Rosemary Connolly (BBO#548079)
Matthew Q. Berge (BBO# 560319)
Thomas V. Digangi (BBO# 648415)
Sarah M. Joss (BBO# 651856)
ASSISTANT ATTORNEYS GENERAL
200 Portland Street
Boston, MA 02114
(617) 727-2200

TOYOBO AMERICA, INC. and TOYOBO
COMPANY, LTD.
By their attorneys,

Neil P. Motenko (BBO# 358160)
Rebecca L. Shuffain (BBO# 650715)
NUTTER, MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each other party by hand/mail on this 2nd day of December, 2004.

Neil P. Motenko

1383015.1

-2-