UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re* | Case No. HT 04-12515 [-jrh] |
| SECOND CHANCE BODY ARMOR, INC., | Chapter 11 |
| Debtor. | (Jointly Administered) |
| THOMAS F. REILLY, as ATTORNEY GENERAL of the Commonwealth of Massachusetts, | |
| Plaintiff, | |
| v. | C.A. No. 04-12417 PBS |
| SECOND CHANCE BODY ARMOR, INC., TOYOBO AMERICA, INC. and TOYOBO COMPANY, LTD., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANTS TOYOBO CO. LTD. AND TOYOBO AMERICA, INC.**

Notice is hereby given by plaintiff, Thomas F. Reilly, as Attorney General of the Commonwealth of Massachusetts, pursuant to F.R.Civ.P. 41(a)(1), that the Complaint herein, as amended, is hereby dismissed against defendants Toyobo Co. Ltd. and Toyobo America, Inc. without prejudice and without costs.

Dated:   December __, 2004

-2-

        THOMAS F. REILLY, as ATTORNEY
        GENERAL of the Commonwealth of
        Massachusetts,
        By its attorneys,


        /s/ Rosemary Connolly
        /s/ Rosemary Connolly (BBO#548079)
        Matthew Q. Berge (BBO# 560319)
        Thomas V. Digangi (BBO# 648415)
        Sarah M. Joss (BBO# 651856)
        ASSISTANT ATTORNEYS GENERAL
        200 Portland Street
        Boston, MA 02114
        (617) 727-2200


**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a true copy of the above Notice was served on the attorney of record for each other party by hand/mail on this ___ day of December, 2004.

        /s/ Rosemary Connolly
        /s/ Rosemary Connolly

1391463.1